Sup. Ct. Cal.;
Sup. Ct. Mo.;
Sup. Ct. Ill.;
Sup. Ct. Ga.;
Sup. Ct. Fla.;
Ct. App. Mo., Southern Dist.;
Sup. Ct. Fla.;
Ct. Crim. App. Tex.;
Sup. Ct. Ohio;
Sup. Ct. Cal.;
Ct. App. Mo., Eastern Dist.; and
Sup. Ct. Ohio. Certiorari denied. Reported below: No. 88-5871, 756 S. W. 2d 503; No. 88-6079, 123 Ill. 2d 387, 528 N. E. 2d 648; No. 88-6082, 258 Ga. 523, 371 S. E. 2d 849; No. 88-6101, 530 So. 2d 45; No. 88-6135, 755 S. W. 2d 417; No. 88-6136, 529 So. 2d 1083; No. 88-6166, 762 S. W. 2d 146; No. 88-6190, 38 Ohio St. 3d 346, 528 N. E. 2d 910; No. 88-6202, 46 Cal. 3d 123, 756 P. 2d 1348; No. 88-6290, 755 S. W. 2d 419; No. 88-6325, 38 Ohio St. 3d 305, 528 N. E. 2d 523.